| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* CR 97-26-1 |
|---|---|---|---|
| | *RECEIVED MAR 31 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS* | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: RAYDELL LACEY *JUDGE KENNELLY* **08CR 315** *MAGISTRATE JUDGE SCHENKIER* | DISTRICT Northern District of Iowa | DIVISION Cedar Rapids |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Michael J. Melloy, U.S. Circuit Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/17/2007 — TO 08/16/2015 |

OFFENSE: 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base, a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 26, 2008
*Date*

*[signature]*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
*Effective Date*

*James F. Holderman*
*United States District Judge*

**FILED**
APR 1 4 2008 T.C.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT