

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

April 17, 2008

REC'D APR 2 3 2008

F I L E D
4-29-08  LCW
APR 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Robert L. Phelps II
Clerk
United States District Court
Federal Building and United States
 Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Dear Clerk:

**Re:   Case number 97cr26  v Raydell Lacey**
Our case number: 08cr315   - Northern District of Illinois, Judge Kennelly

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Raydell
Lacey, which has been accepted and assumed by this Court in the Northern District of Illinois,
Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with
the enclosed copy of this letter to the United States District Court at the above address.  Your
prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    _____
Ellenore Duff
Deputy Clerk

Enclosure

RECEIVED APR 2 3 2008

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

RECEIVED MAR 3 1 2008
U.S. PROBATION OFFICE
CHICAGO ILLINOIS

| DOCKET NUMBER *(Tran. Court)* |
|---|
| CR 97-26-1 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| RAYDELL LACEY  JUDGE KENNELLY | Northern District of Iowa | Cedar Rapids |

08 CR 315

MAGISTRATE JUDGE SCHENKIER

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Michael J. Melloy, U.S. Circuit Judge |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/17/2007 | TO 08/16/2015 |
|---|---|---|

OFFENSE
21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base, a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

DOCKETED APR 1 6 2008

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

*March 26, 2008*
*Date*

*United States District Judge*

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ____ day of April, 20__
Robert L. Phelps, Clerk
BY _____
Deputy

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
*Effective Date*

*James F. Holderman*
*United States District Judge*

**FILED**

APR 1 4 2008  T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 4-17-08

CLOSED

# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:97-cr-00026-MJM-1
### Internal Use Only

Case title: USA v. Lacey, et al

Date Filed: 06/16/1997
Date Terminated: 11/09/1998

Assigned to: Judge Michael J Melloy
Referred to: Magistrate Judge Jon S
Scoles

## Defendant (1)

**Raydell Lacey**
*a/k/a Lacey; a/k/a Camile; a/k/a Raydell
Laye Lacey; a/k/a Raydell F. Lacey*
*TERMINATED: 11/09/1998*

represented by **Raydell Lacey**
07714-029
FPC-PEKIN
PO Box 6000
Pekin, IL 61555
PRO SE

**Paul Papak**
Federal Public Defender
The Armstrong Centre
222 Third Avenue SE
Suite 501
Cedar Rapids, IA 52401-1505
319 363 9540
Fax: 363 9542
*TERMINATED: 07/17/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or
Community Defender Appointment*

**Stephen J Broussard**
5140 South Hyde Park Blvd
Suite 12A
Chicago, IL 60615-4264
773 924 9260
Fax: 643 9260
*TERMINATED: 11/09/1998*

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

04/23/2008 11:58 AM

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:841(a)(1); 841:(b)(1)(B); and 18:2
CD.F CONTROLLED SUBSTANCE -
SELL, DISTRIBUTE, OR DISPENSE
(1)

21:846; 21:841(a)(1); and
21:841(b)(1)(B); 21:841(b)(1)(C) CD.F
CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(2)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Disposition**

dismissed

121 months imprisonment. 8 years
supervised release. .00 special
assessment.

**Disposition**

---

**Plaintiff**

**United States of America**

represented by **Martin J McLaughlin**
US Attorney's Office
Northern District of Iowa
401 First Street, SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: marty.mclaughlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Reinert**

04/23/2008 11:58 AM

US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: pat.reinert@usdoj.gov
*TERMINATED: 03/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean R Berry**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: sean.berry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/1997 | 1 | INDICTMENT by USA Counts filed against Raydell Lacey (1) count(s) 1, 2, Kelvin Knight (2) count(s) 1, 2 DGE Modified on 02/08/2000 (Entered: 06/17/1997) |
| 06/16/1997 | 3 | PRAECIPE for Warrant to Marshal for svc for Raydell Lacey DGE (Entered: 06/17/1997) |
| 06/16/1997 | 4 | ORDER by Chief Mag Judge John A. Jarvey sealing case until arrest of first deft.(cc: all counsel,USM,USP) DGE (Entered: 06/17/1997) |
| 06/16/1997 | ❶ | Judge update in case as to Defendant Raydell Lacey, Kelvin Knight. Judge John A Jarvey added. (des, ) (Entered: 09/22/2004) |
| 06/17/1997 | 6 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey dft Raydell Lacey arraigned; not guilty plea entered; Attorney Paul Papak present; , OR Bond set for Raydell Lacey Jury Trial set for 8/5/97 at 9:00 a.m. Tape #59 DGE (Entered: 06/18/1997) |
| 06/17/1997 | 8 | ORDER setting conditions of release for: PR for Raydell Lacey by Chief Mag Judge John A. Jarvey (cc: all counsel,USP,USM) DGE (Entered: 06/18/1997) |

| 06/17/1997 | 9 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey . pretrial motions ddl: 7/4/97; PRETRIAL CONFERENCE 8:00 8/5/97 for Kelvin Knight; JURY TRIAL SET for 9:00 8/5/97 for Kelvin Knight (cc: all counsel,USM,USP) DGE (Entered: 06/18/1997) |
|---|---|---|
| 06/17/1997 | 10 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey . pretrial motions ddl: 7/4/97; PRETRIAL CONFERENCE SET for 8:00 8/5/97 for Raydell Lacey; JURY TRIAL SET for 9:00 8/5/97 for Raydell Lacey (cc: all counsel,USM,USP) DGE (Entered: 06/18/1997) |
| 06/18/1997 | | (Court only) Docket Modification (Utility) case unsealed Seal (Entered: 06/18/1997) |
| 06/20/1997 | 11 | WARRANT w/Marshal's return executed as to defendant Raydell Lacey ; defendant arrested on 6/17/97 DGE (Entered: 06/23/1997) |
| 07/01/1997 | 13 | ORDER for aptmt of counsel AFPD for Raydell Lacey by Chief Mag Judge John A. Jarvey (cc: all counsel) frmemp (Entered: 07/01/1997) |
| 07/01/1997 | 14 | ORDER for aptmt of counsel AFPD for arraignment only for Kelvin Knight by Chief Mag Judge John A. Jarvey (cc: all counsel) frmemp (Entered: 07/01/1997) |
| 07/10/1997 | 16 | APPEARANCE for defendant Raydell Lacey by Attorney Stephen J. Broussard frmemp (Entered: 07/11/1997) |
| 07/14/1997 | 17 | MOTION to withdraw AFPD Paul Papak by Raydell Lacey assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 07/15/1997) |
| 07/16/1997 | 18 | MOTION to reset the trial date , to extend the time for filing pre-trial motions by Raydell Lacey assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 07/17/1997) |
| 07/17/1997 | 19 | ORDER by Chief Mag Judge John A. Jarvey granting motion to withdraw AFPD Paul Papak [17-1] withdrawing attorney Paul Papak for Raydell Lacey (cc: all counsel, USM,USP,C/R) frmemp (Entered: 07/17/1997) |
| 07/23/1997 | 22 | RESPONSE by plaintiff USA to deft's motion to resettrial date & to extend the time for filing pre-trial motions [18-1], [18-2] as to Raydell Lacey frmemp (Entered: 07/24/1997) |
| 08/08/1997 | 23 | ORDER by Chief Mag Judge John A. Jarvey granting motion to continue trial [21-1], granting motion to reset the trial date [18-1], granting motion to extend the time for filing pre-trial motions [18-2] as to Raydell Lacey & Kelvin Knight (cc: all counsel, USM,USP,C/R) frmemp (Entered: 08/11/1997) |
| 08/08/1997 | 24 | TRIAL SCHEDULING & MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey ; jury trial set for 9:00 10/14/97 before Judge Melloy for Raydell Lacey, for Kelvin Knight; unless a separate final pretrial conference is set by separate notice, it is set for 10/14/97 at 8:00 am in |

| | | |
|---|---|---|
| | | Judge's chambers before trial commences (all counsel, USM,USP,C/R) frmemp (Entered: 08/11/1997) |
| 08/27/1997 | 28 | ORDER by Chief Mag Judge John A. Jarvey; this matter comes before the court pursuant to deft Kelvin Knight's 8/12/97 request for disclosure (doc #25) & his request for written summary of testimony (doc #26) (see content) (cc: all counsel) frmemp (Entered: 08/27/1997) |
| 08/29/1997 | 29 | NON-COMPLIANCE MEMORANDUM on deft Kelvin Knight under pretrial supervision by Chief Mag Judge John A. Jarvey (cc: all counsel,USP) frmemp (Entered: 08/29/1997) |
| 09/25/1997 | 31 | MEMORANDUM IN SUPPORT OF MOTION to sever by USA as to Raydell Lacey, Kelvin Knight assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 09/26/1997) |
| 09/26/1997 | 32 | MOTION to sever (Memorandum filed #31 filed as Motion) by USA as to Raydell Lacey, Kelvin Knight assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 09/29/1997) |
| 09/29/1997 | | (Court only) Docket Modification (Utility) referring to Chief Mag Judge John A. Jarvey the motion revocation of PreTrial Release [30-1] DGE (Entered: 09/29/1997) |
| 10/08/1997 | 34 | SUPPLEMENT by plaintiff USA re motion revocation of PreTrial Release [30-1] DGE (Entered: 10/08/1997) |
| 10/16/1997 | 35 | ORDER by Chief Judge Michael J. Melloy granting motion to sever (Memorandum filed #31 filed as Motion) [32-1]. Deft's case shall be tried separately. Kelvin Knight tried first as requested by gov't. New trial dates for each deft. shall be set by separate order. (cc: all counsel, USM,USP) frmemp (Entered: 10/16/1997) |
| 10/21/1997 | 36 | AMENDED TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Judge Michael J. Melloy. Pretrial motions ddl: October 24, 1997 and Pretrial Conference 8:00 11/4/97 for Kelvin Knight JURY TRIAL set 9:00 11/4/97 for Kelvin Knight; Pretrial Motions ddl: October 31, 1997 and Pretrial Conference 8:00 11/10/97 for Raydell Lacey JURY TRIAL set 9:00 11/10/97 for Raydell Lacey (cc: all counsel,USM,USP) MAP (Entered: 10/21/1997) |
| 10/21/1997 | | (Court only) Docket Modification (Utility) pretrial conference set for 8:00 11/10/97 for Raydell Lacey; JURY TRIAL set for 9:00 11/10/97 for Raydell Lacey MAP (Entered: 10/21/1997) |
| 10/28/1997 | 38 | NOTICE ; HEARING ON CONFLICT ISSUE and REVIEW OF DETENTION SET for 10:00 10/30/97 for Kelvin Knight (cc: all counsel,USM,USP) DGE Modified on 10/28/1997 (Entered: 10/28/1997) |
| 10/30/1997 | 39 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy satisfied on motion for withdrawal of attorney [37-1] HEARING ON CONFLICT & APPEAL OF DETENTION HELD on 10/30/97 Court |

| | | |
|---|---|---|
| | | grants attys motion to w/draw. Clerks office to appoint new counsel (fed'l Public Defender unless they have a conflict). Court defers any hearing on detention issue until new counsel is appointed. C/R Kellee Cortez, Carroll Assoc. DGE (Entered: 10/30/1997) |
| 10/30/1997 | | (Court only) Docket Modification (Utility) granting motion for withdrawal of attorney [37-1] withdrawing attorney John L Lane for Kelvin Knight DGE (Entered: 10/31/1997) |
| 10/31/1997 | 40 | NOTICE ; HEARING ON CONFLICT OF INTEREST W/PUBLIC DEFENDER'S OFFICE SET for 2:00 11/5/97 for Raydell Lacey, for Kelvin Knight (cc: all counsel,USM,USP,FPD) DGE (Entered: 10/31/1997) |
| 10/31/1997 | 41 | NOTICE ; HEARING ON CONFLICT OF INTEREST W/PUBLIC DEFENDER'S OFFICE RESET for 2:00 11/6/97 for Raydell Lacey, for Kelvin Knight (cc: all counsel,FPD,USM,USP) DGE (Entered: 10/31/1997) |
| 10/31/1997 | 43 | MOTION to continue trial by USA as to Raydell Lacey assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 11/03/1997) |
| 11/06/1997 | 44 | WAIVER AND ACKNOWLEDGEMENT by defendant Raydell Lacey DGE (Entered: 11/06/1997) |
| 11/06/1997 | 45 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy in-court hearing held on 11/6/97 , ; JURY TRIAL SET for 9:00 1/20/98 for Kelvin Knight , ; JURY TRIAL SET for 1/27/98 for Raydell Lacey Court approves waivers and allows Federal Public Defenders office to Represent Deft Knight. C/R Patrice Murray, Carroll Assoc. DGE (Entered: 11/06/1997) |
| 11/07/1997 | 46 | ORDER by Chief Judge Michael J. Melloy granting motion to continue trial [43-1], granting motion to sever [31-1] excludable: XT Deft Kelvin Knight to file pretrial motions by Nov. 28, 1997. FPD Paul Papak appointed to represent Deft Kelvin Knight. TRIAL for Kelvin Knight set for 1/20/98. TRIAL for Raydell Lacey set for 1/27/98. (cc: all counsel,USM,USP) DGE (Entered: 11/10/1997) |
| 11/13/1997 | 47 | ORDER by Chief Mag Judge John A. Jarvey RE: motion revocation of PreTrial Release [30-1] ; MOTION HEARING SET for 11:00 12/5/97 for Kelvin Knight (cc: all counsel,USM,USP) DGE (Entered: 11/13/1997) |
| 11/14/1997 | 48 | OFFICIAL SHORTHAND NOTES of OCR Patrice Murray, Carroll Assoc. constituting official record of Conflict of Interest Hearing (Knight) on Nov. 6, 1997 DGE (Entered: 11/14/1997) |
| 12/01/1997 | 50 | SECOND SUPPLEMENT by plaintiff USA re motion revocation of PreTrial Release [30-1] DGE (Entered: 12/01/1997) |
| 12/05/1997 | 51 | CLERK'S COURT MINUTES w/WITNESS & EXHIBIT LIST: before Chief Mag Judge John A. Jarvey granting motion to extend [49-1], |

| | | |
|---|---|---|
| | | granting motion revocation of PreTrial Release [30-1]. Deft detained in Blackhawk Jail for detoxification and then will be released. Mot. to Suppress to be filed-deemed timely. C/R Kellee Cortez, Carroll Assoc. DGE (Entered: 12/05/1997) |
| 12/12/1997 | 54 | ORDER by Chief Mag Judge John A. Jarvey-Deft committed to custody of Atty Genl for detention at Black Hawk Cty Jail (see text) (cc: all counsel,USM 3 cert,USP) DGE (Entered: 12/12/1997) |
| 12/19/1997 | 56 | ORDER by Chief Mag Judge John A. Jarvey setting MOTION HEARING for 8:00 12/23/97 for Kelvin Knight, on motion to suppress [52-1] and Motion for Release from pretrial detention [55-1] (cc: all counsel,USM,USP) DGE (Entered: 12/22/1997) |
| 12/23/1997 | 58 | SEALED ORDER by Chief Mag Judge John A. Jarvey granting motion for subpoena [57-1] (cc: all counsel,USM) DGE (Entered: 12/23/1997) |
| 12/23/1997 | 59 | Information Regarding Notice of Intention to Seek Enhanced Penalty Against Deft. by plaintiff USA DGE (Entered: 12/23/1997) |
| 12/29/1997 | 60 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey Motion Hearing held December 23, 1997 [55-1] [52-1]; C/R Patrice Murray MJJ (Entered: 12/29/1997) |
| 12/31/1997 | 61 | REPORT AND RECOMMENDATION recommending motion to suppress be denied unless any party files objections w/in 10 days of the service of R&R by Chief Mag Judge John A. Jarvey (cc: all counsel) frmemp (Entered: 01/02/1998) |
| 01/05/1998 | | (Court only) Docket Modification (Utility) granting motion Release from Pretrial Detention [55-1] (per Judge Jarvey) DGE (Entered: 01/05/1998) |
| 01/05/1998 | 62 | RESPONSE by plaintiff USA regarding [61-1] as to Raydell Lacey, Kelvin Knight DGE (Entered: 01/05/1998) |
| 01/05/1998 | 63 | Notice of 404(b) Evidence by plaintiff USA DGE (Entered: 01/05/1998) |
| 01/12/1998 | 64 | TRIAL Memorandum by plaintiff USA DGE (Entered: 01/13/1998) |
| 01/12/1998 | 65 | PROPOSED JURY Instructions by plaintiff USA DGE (Entered: 01/13/1998) |
| 01/20/1998 | 66 | NOTICE ; JURY TRIAL RESET for 9:00 2/2/98 for Kelvin Knight (cc: all counsel,USM,USP) DGE (Entered: 01/20/1998) |
| 01/26/1998 | 68 | EX PARTE ORDER by Chief Mag Judge John A. Jarvey granting motion for subpoena [67-1] (cc: FPD,USM) DGE (Entered: 01/26/1998) |
| 01/26/1998 | 69 | THIRD SUPPLEMENT by plaintiff USA re motion revocation of PreTrial Release [30-1] DGE (Entered: 01/27/1998) |
| 01/28/1998 | 73 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey HEARING ON REVOCATION of PreTrial Release SET for 3:00 1/28/98 for Kelvin Knight C/R N/A DGE (Entered: 01/28/1998) |

| 01/28/1998 | 75 | MOTION to continue trial by USA as to Raydell Lacey assigned to Chief Judge Michael J. Melloy DGE (Entered: 01/29/1998) |
| 01/28/1998 | 76 | CLERK'S COURT MINUTES w/Witness and Exhibit List: before Chief Mag Judge John A. Jarvey - hearing on motion to revoke [72-1] held on 1/28/98 satisfied. Granting motion to revoke [72-1] C/R Kay Carr, Carroll Assoc. DGE (Entered: 01/29/1998) |
| 01/30/1998 | 77 | CJA Form 20 (Appointment of Counsel); attorney John Heckel has been appointed to represent Material Witness Robin White for Trial of Mr. Knight (mail CJA20 w/attachment and Memo RE: Public Disclosure) DGE (Entered: 01/30/1998) |
| 01/30/1998 | 78 | TRANSCRIPT of Kelvin Knight Testimony from Hearing held 12/23/97 before Judge Jarvey DGE (Entered: 01/30/1998) |
| 01/30/1998 | 79 | ORDER by Chief Mag Judge John A. Jarvey - Deft, Kelvin Knight, committed to custody of Atty Genl. (cc: all counsel,USM cert. copies, USP) DGE Modified on 01/30/1998 (Entered: 01/30/1998) |
| 02/02/1998 | | (Court only) Docket Modification (Utility) jury impaneled DGE (Entered: 02/02/1998) |
| 02/02/1998 | 80 | CHALLENGE SHEET frmemp (Entered: 02/04/1998) |
| 02/04/1998 | 82 | ORDER by Chief Judge Michael J. Melloy granting motion for subpoena [81-1] MAP (Entered: 02/04/1998) |
| 02/04/1998 | 83 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy JURY TRIAL held on 2/4/98 , SENTENCING hearing set for 9:00 4/27/98 for Kelvin Knight C/R Patrice A. Murray DGE (Entered: 02/05/1998) |
| 02/04/1998 | 84 | WITNESS list from jury trial held on February 2, 1998 for dft Kelvin Knight DGE (Entered: 02/05/1998) |
| 02/04/1998 | 85 | EXHIBIT list from jury trial held on February 2, 1998 for dft Kelvin Knight DGE (Entered: 02/05/1998) |
| 02/04/1998 | 86 | FINAL JURY Instructions DGE (Entered: 02/05/1998) |
| 02/04/1998 | 88 | RECEIPT FOR EXHIBITS 1a, 1b, 1c, 1d, 1e and 4 to plaintiff DGE (Entered: 02/05/1998) |
| 02/05/1998 | 89 | NOTICE of hearing SENTENCING HEARING set for 9:00 4/27/98 for Kelvin Knight (cc: all counsel,USM,USP) DGE (Entered: 02/05/1998) |
| 02/13/1998 | 91 | ORDER by Chief Judge Michael J. Melloy granting motion to extend [90-1]. Deft file motion for new trial by 2/27/98 (cc: all counsel,USM,USP) DGE (Entered: 02/17/1998) |
| 02/17/1998 | 92 | ORDER by Chief Judge Michael J. Melloy granting motion to continue trial [75-1] ; JURY TRIAL RESET for 9:00 4/28/08 for Raydell Lacey , excludable: XT (cc: all counsel, USM,USP) DGE (Entered: 02/17/1998) |

| 02/24/1998 | 93 | TRANSCRIPT of Suppression Hearing held 12/23/97 for Kelvin Knight before Judge Jarvey DGE (Entered: 02/24/1998) |
|---|---|---|
| 02/26/1998 | | (Court only) Docket Modification (Utility) denying motion to suppress [52-1]. Adopting report and recommendation recommending motion to suppress be denied [61-1] DGE (Entered: 02/26/1998) |
| 02/26/1998 | 95 | ORDER by Chief Judge Michael J. Melloy granting motion to extend [94-1]. Deft file post-trial motions by 3/13/98 (cc: all counsel) DGE (Entered: 02/26/1998) |
| 02/26/1998 | 96 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez constituting official record of Revocation Hrg of Kelvin Knight on 12/5/97 DGE (Entered: 02/26/1998) |
| 02/26/1998 | 97 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez constituting official record of Hearing on Conflict of Kelvin Knight on 10/30/97 DGE (Entered: 02/26/1998) |
| 02/27/1998 | 98 | OFFICIAL SHORTHAND NOTES of OCR Patrice Murray constituting official record of Suppression Hrg & Review of Detention of Kelvin Knight on 12/23/97 DGE (Entered: 02/27/1998) |
| 03/09/1998 | | (Court only) Docket Modification (Utility) granting motion in limine [71-1] (per Mike) DGE (Entered: 03/09/1998) |
| 03/11/1998 | 100 | ORDER by Chief Judge Michael J. Melloy-Deft file post-trial motions by 3/20/98. (cc: all counsel) DGE (Entered: 03/11/1998) |
| 03/11/1998 | 101 | ENHANCEMENT INFORMATION charging prior convictions by USA as to Raydell Lacey DGE (Entered: 03/12/1998) |
| 03/18/1998 | 102 | TRANSCRIPT of Jury Trial of Kelvin Knight held Feb. 2, 1998 (3 volumes) DGE (Entered: 03/18/1998) |
| 03/20/1998 | 104 | ORDER by Chief Judge Michael J. Melloy granting motion to extend [103-1]. Deft file post-trial motions by 4/3/98. (cc: all counsel) DGE (Entered: 03/20/1998) |
| 03/30/1998 | 106 | OFFICIAL SHORTHAND NOTES of OCR Kay Carr constituting official record of Rev. of Pretrial Release on Jan. 28, 1998 DGE (Entered: 03/30/1998) |
| 04/09/1998 | 110 | ORDER by Chief Mag Judge John A. Jarvey granting motion to extend [109-1]. Deft's objections are deemed timely filed. (cc: all counsel) DGE (Entered: 04/09/1998) |
| 04/10/1998 | 112 | ORDER by Chief Judge Michael J. Melloy granting motion to continue sentencing [108-1] ; sentencing hearing RESET for 9:00 6/5/98 for Kelvin Knight (cc: all counsel, USM,USP,C/R) frmemp (Entered: 04/10/1998) |
| 05/04/1998 | 113 | MOTION to continue trial by defendant Raydell Lacey as to defendant Raydell Lacey assigned to Clerk DGE (Entered: 05/04/1998) |

| 05/04/1998 | 113 | WAIVE SPEEDY TRIAL time by defendant Raydell Lacey DGE (Entered: 05/04/1998) |
| 05/04/1998 | 114 | Motion to set trial date by USA as to defendant Raydell Lacey assigned to Clerk DGE (Entered: 05/04/1998) |
| 05/04/1998 | 114 | MOTION to continue per 18:3161 by plaintiff USA as to defendant Raydell Lacey assigned to Clerk DGE (Entered: 05/04/1998) |
| 05/07/1998 | 116 | ORDER by Chief Judge Michael J. Melloy as to defendant Raydell Lacey granting motion to continue per 18:3161 [114-1], granting motion to set trial date [114-1], granting motion to continue trial [113-1] JURY TRIAL set for 9:00 8/4/98 for Raydell Lacey , and Excludable time per 18:3161 w/Judge Melloy 3rd flr, Cedar Rapids, IA (cc: counsel,USM,USP) DGE (Entered: 05/08/1998) |
| 06/22/1998 | 125 | CJA Form 20 (Attorney Payment Voucher) for Witness Robin White for attorney John Heckel in the amount of $ 193.50 VOUCHER#: 0833741 DGE (Entered: 06/22/1998) |
| 07/24/1998 | 133 | MOTION in limine by plaintiff USA as to defendant Raydell Lacey assigned to Chief Judge Michael J. Melloy DGE (Entered: 07/24/1998) |
| 07/27/1998 | 134 | TRIAL MEMORANDUM by plaintiff USA as to defendant Raydell Lacey DGE (Entered: 07/27/1998) |
| 07/27/1998 | 135 | PROPOSED JURY INSTRUCTIONS by plaintiff USA DGE (Entered: 07/27/1998) |
| 07/31/1998 | 136 | PROPOSED SUPPLEMENTAL JURY INSTRUCTION by plaintiff USA DGE (Entered: 07/31/1998) |
| 08/04/1998 | | (Court only) Docket Modification (Utility) as to defendant Raydell Lacey jury impaneled on 8/4/98 DGE (Entered: 08/04/1998) |
| 08/04/1998 | 137 | CHALLENGE SHEET as to defendant Raydell Lacey DGE (Entered: 08/04/1998) |
| 08/06/1998 | 138 | CLERK'S COURT MINUTES/WITH NOTICE as to defendant Raydell Lacey before Chief Judge Michael J. Melloy granting motion in limine [133-1] SENTENCING HEARING set for 1:00 11/2/98 for Raydell Lacey, for USA JURY TRIAL held on 8/6/98 w/Judge Melloy 3rd flr courtroom COURT REPORTER Kay Carr (cc: all counsel,USM,USP) DGE (Entered: 08/07/1998) |
| 08/06/1998 | 139 | WITNESS LIST for Raydell Lacey Jury Trial (3 days) DGE (Entered: 08/07/1998) |
| 08/06/1998 | 140 | EXHIBIT LIST for Raydell Lacey Jury Trial (3 days) DGE (Entered: 08/07/1998) |
| 08/06/1998 | 141 | RECEIPT FOR EXHIBIT #'s 1A,1B,1C,1D,1E,& 4 to plaintiff USA as to defendant Raydell Lacey DGE (Entered: 08/07/1998) |

| 08/06/1998 | 142 | FINAL JURY INSTRUCTIONS DGE (Entered: 08/07/1998) |
|---|---|---|
| 08/06/1998 | 143 | SUPPLEMENTAL INSTRUCTION DGE (Entered: 08/07/1998) |
| 08/06/1998 | 144 | JURY QUESTION and Answer to question from Judge DGE (Entered: 08/07/1998) |
| 08/06/1998 | 145 | JURY QUESTIONS DGE (Entered: 08/07/1998) |
| 08/06/1998 | 146 | VERDICT as to Raydell Lacey Guilty Counts: 2 Mistrial Count: 1 (cc: all counsel,USP) DGE (Entered: 08/07/1998) |
| 08/11/1998 | 147 | ORDER by Chief Judge Michael J. Melloy as to defendant Raydell Lacey-Extraordinary circumstances exist to allow deft to remain free on her own personal recognizance pending sentencing. Deft subject to same conditions of pretrial release which were previously imposed, w/add'l condition that deft shall call USP each morning before 10:00 a.m. Mon. thru Fri. except for legal holidays. Deft shall not leave Linn Cty, IA w/o consent of USP. USP shall investigate and work w/deft in connection w/child care issues. USP shall file a report w/in 2 wks from date of this order as to the status of the child care arrangements. (cc: all counsel,USM,USP) DGE (Entered: 08/11/1998) |
| 09/10/1998 | 149 | MOTION for new trial by Raydell Lacey assigned to Chief Judge Michael J. Melloy DGE (Entered: 09/10/1998) |
| 09/10/1998 | 150 | RESISTANCE by plaintiff USA to motion for new trial [149-1] as to defendant Raydell Lacey DGE (Entered: 09/10/1998) |
| 09/11/1998 | 151 | ORDER by Chief Judge Michael J. Melloy as to defendant Raydell Lacey, defendant Kelvin Knight - Deadline for filing post-trial motions is extended to 9/9/98. (cc: all counsel) DGE (Entered: 09/11/1998) |
| 09/16/1998 | 154 | SHORTHAND NOTES of OCR Kay Carr constituting official record of Jury Trial and Jury Questions and Verdict on 8/4/98 - 8/6/98 as to defendant Raydell Lacey DGE (Entered: 09/16/1998) |
| 09/28/1998 | 156 | MEMORANDUM IN SUPPORT of resistance to motion for new trial [149-1] by plaintiff USA as to defendant Raydell Lacey DGE (Entered: 09/29/1998) |
| 10/27/1998 | 161 | NOTICE: by Clerk SENTENCING HEARING reset for 1:30 11/6/98 for Raydell Lacey w/Judge Melloy 3rd flr courtroom (cc: all counsel,USM,USP) DGE (Entered: 10/27/1998) |
| 11/06/1998 | 162 | CLERK'S COURT MINUTES: as to defendant Raydell Lacey before Chief Judge Michael J. Melloy SENTENCING Held 11/6/98; Deft motion for new trial, denied. COURT REPORTER Kellee Cortez DGE Modified on 11/09/1998 (Entered: 11/09/1998) |
| 11/09/1998 | 163 | JUDGMENT as to Raydell Lacey sentencing Raydell Lacey (1) count(s) 2. 121 months imprisonment. 8 years supervised release. $50.00 special assessment. , to dismiss count(s) dismissing counts as to Raydell Lacey (1) |

| | | count(s) 1. dismissed , case terminated as to defendant Raydell Lacey, defendant Kelvin Knight, by Chief Judge Michael J. Melloy (cc: all counsel,USM,USP) DGE Modified on 11/09/1998 (Entered: 11/09/1998) |
|---|---|---|
| 11/09/1998 | 164 | SHORTHAND NOTES of OCR Kellee Cortez constituting official record of Sentencing on 11/6/98 as to defendant Raydell Lacey DGE (Entered: 11/09/1998) |
| 11/17/1998 | 165 | NOTICE OF APPEAL TO 8TH CIRCUIT by defendant Raydell Lacey RE: judgment [163-4] fees UNPAID (cc: all counsel (w/docket sheets),USM,USP,C/R) DGE (Entered: 11/17/1998) |
| 11/18/1998 | 166 | ORDER by Chief Judge Michael J. Melloy as to defendant Raydell Lacey - Deft is granted in forma pauperis status. (cc: all counsel,8th circuit) DGE (Entered: 11/18/1998) |
| 12/02/1998 | | APPEAL NUMBER and BRIEFING SCHEDULE received from 8TH CIRCUIT [165-1], [155-1] as to defendant Raydell Lacey, defendant Kelvin Knight ( APPEAL NUMBER: 98-3936 and 98-3469) ; clerk's record 12/16/98 for Raydell Lacey, for Kelvin Knight ; transcript ddl set at 12/14/98 for Raydell Lacey, for Kelvin Knight DSR (Entered: 12/02/1998) |
| 12/15/1998 | | CLERK'S RECORD Transmitted to 8th Circuit mailed this date 12/15/98 RE: appeal [165-1] for defendant Raydell Lacey (sentencing transcript not yet filed) DGE (Entered: 12/15/1998) |
| 02/08/1999 | 170 | APPEAL ORDER from 8th CIRCUIT remanding the matter back to District Court [Appeal 155-1] DGE (Entered: 02/08/1999) |
| 02/17/1999 | 173 | TRANSCRIPT (2 volumes) of Jury Trial held on 8/4/98 & 8/5/98 as to defendant Raydell Lacey DGE (Entered: 02/17/1999) |
| 02/17/1999 | | TRANSMITTAL to 8TH CIRCUIT Transcript of Jury Trial (2 volumes) RE: appeal [165-1] DGE (Entered: 02/17/1999) |
| 02/26/1999 | 174 | TRANSCRIPT of Sentencing held on 11/6/98 as to defendant Raydell Lacey DGE (Entered: 02/26/1999) |
| 02/26/1999 | | TRANSMITTAL to 8TH CIRCUIT Sentencing Transcript RE: appeal [165-1] DGE (Entered: 02/26/1999) |
| 03/15/1999 | 177 | JUDGMENT w/Marshal's Return executed as to defendant Raydell Lacey DGE (Entered: 03/15/1999) |
| 02/04/2000 | | TRANSMITTAL to 8TH CIRCUIT Designated Record, Re-Sentence Transcript RE: appeal [184-1]of Kelvin Knight DGE Modified on 02/08/2000 (Entered: 02/04/2000) |
| 02/23/2000 | 188 | DESIGNATION OF RECORD requested by USA RE: [184-1] DGE Modified on 02/23/2000 (Entered: 02/23/2000) |
| 02/23/2000 | | REMARK - copy of #188 sent to U.S. Attorney, Patrick Reinert along w/letter re: late designation of record DGE (Entered: 02/23/2000) |

| 08/14/2000 | 190 | APPEAL OPINION from 8th CIRCUIT affirming the decision of the District Court on appeal [165-1] DGE (Entered: 08/14/2000) |
|---|---|---|
| 08/14/2000 | 191 | APPEAL MANDATE from 8th Circuit RE: Raydell Lacey Appeal DGE (Entered: 08/14/2000) |
| 08/18/2000 | | REMARK - Transcript of Sentencing and 2 volumes transcript of Jury Trial returned from 8th circuit as to defendant Raydell Lacey DGE (Entered: 08/18/2000) |
| 09/25/2000 | | TRANSMITTAL to 8TH CIRCUIT per phone call from Scott on 9/25/00: 3 volumes original file, all (Knight) exhibits, 3 volumes Jury Trial, Transcript of Suppression Hrg, Transcript of Revocation, Transcript of Sentencing, Transcript of Testimony from Hearing, RE: appeal [184-1] DGE (Entered: 09/25/2000) |
| 11/24/2000 | 193 | APPEAL OPINION/ORDER from 8th CIRCUIT affirming the decision of the District Court on appeal [184-1], affirming the decision of the District Court on appeal [155-1] DGE (Entered: 11/24/2000) |
| 11/24/2000 | 194 | APPEAL MANDATE from 8th Circuit RE: No. 155 and No. 184 DGE (Entered: 11/24/2000) |
| 12/26/2000 | 195 | PETITION Pursuant to 28:2255 by Raydell Lacey assigned to Judge Michael J. Melloy Civil Case #: C 00-195 MAP (Entered: 12/27/2000) |
| 02/07/2001 | 196 | STATEMENT of intent to amend by defendant Raydell Lacey regarding habeas corpus motion 28:2255 [195-1] DGE (Entered: 02/07/2001) |
| 06/08/2001 | 197 | AMENDMENT by defendant Raydell Lacey to habeas corpus motion 28:2255 [195-1] DGE (Entered: 06/08/2001) |
| 04/21/2003 | 201 | ORDER by Judge Michael J. Melloy as to defendant Raydell Lacey denying habeas corpus motion 28:2255 [195-1] (cc: all counsel,Raydell Lacey w/judgment) DGE (Entered: 04/21/2003) |
| 04/21/2003 | 202 | CIVIL JUDGMENT ON 2255: as to defendant Raydell Lacey denying 2255 by Judge Michael J. Melloy JUDGMENT BOOK 27 ENTRY 49 (cc: all counsel,Raydell Lacey) DGE (Entered: 04/21/2003) |
| 04/28/2003 | 203 | NOTICE OF APPEAL TO 8TH CIRCUIT by defendant Raydell Lacey RE: order [202-1], RE: order [201-1] fees n/a (cc: all counsel (w/docket sheets),USM,USP,C/R) DLP (Entered: 04/28/2003) |
| 04/28/2003 | 203 | MOTION FOR CERTIFICATE OF APPEALABILITY by defendant Raydell Lacey RE: order [202-1], RE: order [201-1] assigned to Judge Michael J. Melloy DLP (Entered: 04/28/2003) |
| 05/02/2003 | 204 | ORDER by Judge Michael J. Melloy as to defendant Raydell Lacey denying motion FOR CERTIFICATE OF APPEALABILITY [203-1], denying motion [203-2] (cc: all counsel,USM,USP) DLP (Entered: 05/02/2003) |

| 05/02/2003 | | REMARK Notice of Appeal processed and sent with Order denying COA and original file (3 vol.) DLP (Entered: 05/02/2003) |
| 08/12/2003 | ● | Remark - Sentencing Transcript (1 vol.) and 3 copies of the PSIR (UNDER SEAL w/ one attested) sent to 8th circuit per Scott L.'s request (dp) (Entered: 08/12/2003) |
| 10/10/2003 | ●205 | JUDGMENT/MANDATE of USCA (certified copy) as to Defendant Raydell Lacey re 203 Notice of Appeal - Final Judgment. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed. (dp) (Entered: 10/10/2003) |
| 10/23/2003 | ● | Appeal Record Returned (Original File/3 vol. and Sentencing Transcript/1 vol.)as to Defendant Raydell Lacey : 203 Notice of Appeal - Final Judgment (dp) (Entered: 10/23/2003) |
| 09/10/2004 | ● | Attorney update in case as to Defendant Raydell Lacey, Kelvin Knight. Attorney Martin J McLaughlin for United States of America and United States of America added. (des, ) (Entered: 09/13/2004) |
| 02/22/2008 | ● | Judge update in case as to Raydell Lacey, Kelvin Knight. Magistrate Judge Jon S Scoles added. QC clerk checked for conflicts - none found. Chief Magistrate John A Jarvey no longer assigned to case. (des) (Entered: 02/22/2008) |
| 04/23/2008 | ●223 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Raydell Lacey. Signed by Chief Judge Linda R. Reade on 3/26/2008 and Judge James F. Holderman on 4/11/2008. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: #(1) Cover Letter) (de) (Entered: 04/23/2008) |

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

JUN 1 6 1997

CEDAR RAPIDS HDQTRS. OFFICE

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR 97-26 |
| Plaintiff, | ) |
| | ) |
| vs. | ) Count 1: 21 USC §§841(a)(1); |
| | ) 841(b)(1)(B); |
| RAYDELL LACEY a/k/a Lacey; | ) 18 USC §2 |
| a/k/a Camile; a/k/a Raydell Laye Lacey; | ) |
| a/k/a Raydell F. Lacey and | ) Count 2: 21 USC §§841(a)(1); |
| KELVIN KNIGHT a/k/a Calvin Knight, | ) 841(b)(1)(B); 841(b)(1)(C); |
| | ) 846 |
| Defendants. | ) |

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 25 day of April, 2008.
Robert L. Phelps, Clerk
By_____
Deputy

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

On or about September 25, 1995, in the Northern District of Iowa, RAYDELL LACEY a/k/a LACEY; a/k/a CAMILE; a/k/a RAYDELL LAYE LACEY; a/k/a RAYDELL F. LACEY and KELVIN KNIGHT a/k/a CALVIN KNIGHT, knowingly and intentionally possessed with intent to distribute and aided and abetted the possession with intent to distribute approximately 5.47 grams of a mixture and substance containing a detectable amount of cocaine base commonly known as "crack cocaine" and 53.07 grams of cocaine, Schedule II Controlled Substances.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

1

## COUNT 2

Between about 1994 and 1995, in the Northern District of Iowa and elsewhere, RAYDELL LACEY a/k/a LACEY; a/k/a CAMILE; a/k/a RAYDELL LAYE LACEY; a/k/a RAYDELL F. LACEY and KELVIN KNIGHT a/k/a CALVIN KNIGHT, did knowingly and unlawfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit the following offenses against the United States:

1.  To distribute and possess with the intent to distribute, 5 grams or more of a mixture or substance containing a detectable amount of cocaine base commonly known as "crack cocaine", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

2.  To distribute and possess with the intent to distribute a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This is in violation of Title 21, United States Code, Section 846.

A TRUE BILL

Foreman

_16 June 1997_
Date

PATRICK J. REINERT
Assistant United States Attorney

2

AO 245 B (3/95)Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Northern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed On or After November 1, 1987) |
| v. | |
| | Case Number: 1:97CR00026-001 |
| RAYDELL LACEY | Stephen J. Broussard |
| | Defendant's Attorney |

**FILED**
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

**NOV 09 1998**

By D Eveland
8:00   Deputy

**THE DEFENDANT:**

☐ pleaded guilty to count(s)_____

☐ pleaded nolo contendere to count(s)_____
which was accepted by the court.

■ was found guilty on count(s) 2 of the 06/16/1997, Indictment_____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 21 USC §§ 841(a)(1) & 846 | Conspiracy to Distribute & Possess With Intent to Distribute Cocaine and Cocaine Base, Schedule II Controlled Substances | 10/25/1995 | 2 |

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this 23 day of April, 2008
Robert L. Phelps, Clerk
By_____
Deputy

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____

■ Count(s) 1 of the Indictment_____ is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.

11/06/1998
Date of Imposition of Judgment

Signature of Judicial Officer
Michael J. Melloy
Chief U.S. District Judge
Name & Title of Judicial Officer

Nov. 9 1998
Date

Copies mailed on NOV - 9 1998
to counsel of record or pro se
parties as shown on the docket
sheet.

16
D Eveland   USM
Deputy Clerk   USP

AO 245 B (3/95) Sheet 2 - Imprisonment

Defendant:    Raydell Lacey

Case Number:   1:97CR00026-001

Judgment-Page   2   of   6

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of    121    month(s).

■    The court makes the following recommendations to the Bureau of Prisons:
      that the defendant be placed at FCI Pekin, Illinois.

■    The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States marshal for this district,

     ☐    at ____.m. on _____.

     ☐    as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

     ☐    before 2 p.m. on _____.

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

      Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____

**United States Marshal**

By   _____

     Deputy Marshal

AO 245 B (3/95) Sheet 3 - Supervised Release

Judgment-Page __3__ of __6__

Defendant:    Raydell Lacey
Case Number:  1:97CR00026-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____8_____ year(s).


The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant hall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐  The above drug testing condition is suspended based upon the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm as defined in 18 USC § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties Sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the following additional conditions:

■ The defendant shall participate in a program of testing bodily fluids and functions and treatment for drug and alcohol abuse as directed by her probation officer until such time as she is released from the program by probation.

☐ The defendant is prohibited from the use of alcohol and is prohibited from frequenting bars, taverns or other establishments whose primary source of income is derived from the sale of alcohol.

☐ The defendant shall participate in mental health counseling and treatment, if deemed appropriate for her by her probation officer, until such time as she is released from the program by her probation officer.

### STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (3/95) Sheet 5, Part A-Financial Penalties

Defendant:    Raydell Lacey
Case Number:    1:97CR00026-001

Judgment-Page    4    of    6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| Totals: | $50.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement.................... $

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $_____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options of Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.
☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____. An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order of Payment |
|---|---|---|---|
| | | | |
| Totals: | $_____ | $_____ | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245 B (3/95) Sheet 5, Part B-Financial Penalties

Defendant:    Raydell Lacey
Case Number:    1:97CR00026-001

Judgment-Page ___5___ of ___6___

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other monetary penalties shall be due as follows:

A    ■ in full immediately; or

B    ☐ $_____immediately, balance due (in accordance with C, D, or E); or

C    ☐ not later than _____; or

D    ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E    ☐ in _____ (e.g. equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment..

Special instructions regarding the payment of criminal monetary penalties:

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the Court, the probation officer, or the United States Attorney.